UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT BECK, on behalf of himself and those
similarly situated,

                Plaintiff,

-vs-                                                              Case No.  2:10-cv-51-FtM-29SPC

4M TOWING, LLC, a Florida Limited Liability
Company; TAMALA WHITE, individually,

                Defendants.
_____

**ORDER**

       This matter comes before the Court on the Plaintiff Robert Beck's Motion for Clerk's Default Against 4M Towing, LLC. and Tamala White, Individually (Doc. #25) filed on January 24, 2011. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

       The Defendants were served with a copy of the Summons and Amended Complaint via certified mail on December 21, 2010. (Doc. # 24). The Defendants were required under the Federal Rules of Civil Procedure to file a responsive pleading or motion to the Amended Complaint by January 11, 2011. To date no response has been made by the Defendants. Thus, the Motion for Clerk's default is due to be granted.

       Accordingly, it is now

       **ORDERED:**

The Plaintiff Robert Beck's Motion for Clerk's Default Against 4M Towing, LLC. and Tamala White, Individually (Doc. #25) is **GRANTED**.  The Clerk of the Court shall hereby enter a Clerk's Default against the Defendants 4M Towing, LLC. and Tamala White, Individually.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record